GREGORY J. ROCKWELL, ESQ. (SBN 67305)
grockwell@bjg.com
JILL P. SAZAMA, ESQ. (SBN 214215)
jsazama@bjg.com
BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation/File #26525
555 12th Street, Suite 1800
Oakland, CA  94607
Telephone: (510) 834-4350
Facsimile: (510) 839-1897

Attorneys for Defendant
COUNTY OF ALAMEDA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIANNI PASSAKOS,<br><br>          Plaintiff,<br><br>vs.<br><br>COUNTY OF ALAMEDA; and DOES 1-50,<br><br>          Defendants. | Case No.:  C10-04062 CW<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND ORDER** |

The undersigned hereby stipulate as follows:

This lawsuit arises from a physical altercation between the plaintiff and deputy sheriffs which occurred at the Santa Rita jail.  The plaintiff has been charged with a violation California Penal Code § 148 as a result of that altercation.  That criminal action is presently pending and has been set for trial in June 2011.  While the criminal action is pending, plaintiff will not testify to any issues related to the altercation which is the subject of both actions.

Plaintiff's counsel of record in this action, Sanford Cipinko, Esq., was on medical leave for a month and scaled back his law practice.  As a result, he can no longer represent the plaintiff in this action, and has been assisting the plaintiff to find new counsel.  However, to date and to the best of plaintiff's counsel's knowledge, plaintiff has been unable to find new counsel to represent

-1-

1  him in this action.

2      For the forgoing reasons, the parties hereby request that the court continue the case
3  management conference set for March 29, 2011 at 2:00 p.m. to June 28, 2011 at 2:00 p.m.

4  DATED: March 22, 2011.

BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation

By: /s/Gregory J. Rockwell_____
    GREGORY J. ROCKWELL, ESQ.
    Attorneys for Defendant
    COUNTY OF ALAMEDA

DATED: March 21, 2011

LAW OFFICES OF SANFORD M. CIPINKO

By: /s/Sanford M. Cipinko[1]_____
    SANFORD M. CIPINKO, ESQ.
    Attorneys for Plaintiff

### ORDER

Good Cause appearing therefore, the Case Management Conference set for March 29, 2011 at 2:00 p.m. in action 10-04062CW is hereby continued to June 28, 2011 at 2:00 p.m. The parties shall file a joint case management conference statement no later than June 21, 2011.

Dated: **3/25/2011**

_____
CLAUDIA WILKEN
United States District Judge

---

[1] Plaintiff's counsel agree to this stipulation and authorized defense counsel to place his electronic signature on this stipulation.

-2-

STIPULATION TO CONT. CASE MANAGEMENT CONFERENCE AND ORDER
*Gianni Passakos vs. County of Alameda;* USDC-Nor. Dist of CA Case No. C10-04062 CW