SANFORD M. CIPINKO, Esq., SBN 88102
YULIYA MAGOMEDOV, Esq., SBN 251964
LAW OFFICES OF SANFORD M. CIPINKO
55 FRANCISCO STREET, SUITE 403
SAN FRANCISCO, CA 94133
VOICE:       (415) 693-9905
FACSIMILE: (415) 693-9904

Attorneys for Plaintiff
GIANNI PASSAKOS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIANNI PASSAKOS, | Case No.: C10-04062 CW |
| Plaintiff, | **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND ORDER** |
| vs. | |
| COUNTY OF ALAMEDA; and DOES 1-50, | |
| Defendants. | |

The undersigned hereby stipulate as follows:

This lawsuit arises from a physical altercation between the plaintiff and deputy sheriffs which occurred at the Santa Rita jail. The plaintiff has been charged with a violation California Penal Code § 148 as a result of that altercation. That criminal action is presently pending and has been set for trial in June 2011. While the criminal action is pending, plaintiff will not testify to any issues related to the altercation which is the subject of both actions.

Plaintiff's counsel of record in this action, Sanford Cipinko, Esq., was on medical leave for a month and scaled back his law practice. As a result, he can no longer represent the plaintiff in this action, and has been assisting the plaintiff to find new counsel. However, to date and to the best of plaintiff's counsel's knowledge, plaintiff has

-1-

been unable to find new counsel to represent him in this action. Thus, Plaintiff's counsel is filing a Motion to Withdraw as Attorney of Record concurrently with this Stipulation.

For the forgoing reasons, the parties hereby request that the court continue the case management conference set for June 28, 2011 at 2:00 p.m. to August 9, 2011 at 2:00 p.m. until after the Plaintiff's counsel's Motion to Withdraw has been heard.

DATED:  June 21, 2011

        LAW OFFICES OF SANFORD M. CIPINKO

By: /s/Sanford M. Cipinko
    SANFORD M. CIPINKO, ESQ.
      Attorneys for Plaintiff

DATED:  June 21, 2011

BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation

By: /s/Gregory J. Rockwell[1]
    GREGORY J. ROCKWELL, ESQ.
     Attorneys for Defendant
     COUNTY OF ALAMEDA

### ORDER

Good Cause appearing therefore, the Case Management Conference set for June 28, 2011 at 2:00 p.m. in action 10-04062CW is hereby continued to August 9, 2011 at 2:00 p.m.  The parties shall file a joint case management conference statement no later than August 2, 2011.

Dated:  6/23/2011

                                      _____
                                      CLAUDIA WILKEN
                                United States District Judge

---

[1] Defendant's counsel agree to this stipulation and authorized defense counsel to place his electronic signature on this stipulation.

**PROOF OF SERVICE BY ELECTRONIC SERVICE**

I am a resident of the State of California, over the age of 18 years and not a party to the within action. My business address is Law Offices of Sanford M. Cipinko, 55 Francisco Street, Suite 403, San Francisco, California 94133.

On the date indicated below, at the above-referenced business location, I served the **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND ORDER** on the below-named party and caused said document to be transmitted using ECF as specified by General Order No. 45 to the following party:

GREGORY J. ROCKWELL, ESQ.      **Attorneys for Defendant**
grockwell@bjg.com
JILL P. SAZAMA, ESQ.
jsazama@bjg.com
BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation/File #26525
555 12th Street, Suite 1800
Oakland, CA  94607
Telephone: (510) 834-4350
Facsimile: (510) 839-1897

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at San Francisco, California, on June 21, 2011.

            *Jack LaFrancesca*
            Jack LaFrancesca

---

-3-

STIPULATION TO CONT. CASE MANAGEMENT CONFERENCE AND ORDER
*Gianni Passakos vs. County of Alameda;* USDC-Nor. Dist of CA Case No. C10-04062 CW