IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIANNI PASSAKOS,<br><br>      Plaintiff,<br><br>  v.<br><br>COUNTY OF ALAMEDA, and DOES 1-50,<br><br>      Defendants.<br>_____/ | No. C 10-04062 CW<br><br>ORDER REGARDING PLAINTIFF'S COUNSEL'S MOTION TO WITHDRAW |

    Sanford M. Cipinko moves to withdraw as attorney of record, indicating his desire to submit his reasons for withdrawal for in camera review.  Counsel shall lodge with the Clerk, on or before June 30, 2011, his declaration detailing his reasons for withdrawal, and file a motion to seal the declaration, pursuant to this Court's Civil Local Rule 79-5.  Counsel can access instructions for submitting documents under seal at the following Court webpage: https://ecf.cand.uscourts.gov/cand/faq/under_seal.htm.

    Counsel shall serve Plaintiff a copy of this order immediately, and shall serve his motion to seal and declaration at the time he submits them to the Court.  If Plaintiff wishes to oppose counsel's motion to withdraw, Plaintiff must file and serve

his opposition to the Court on or before July 14, 2011.  He may move to file his opposition under seal.  If Plaintiff does not oppose counsel's withdrawal, or if the Court grants counsel's motion to withdraw, Plaintiff will have to retain new counsel or represent himself in propria persona.

    IT IS SO ORDERED.

Dated: 6/24/2011

CLAUDIA WILKEN
United States District Judge