IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIANNI PASSAKOS,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF ALAMEDA, and DOES 1-50,<br><br>    Defendants.<br>_____/ | No. C 10-04062 CW<br><br>ORDER REGARDING PLAINTIFF'S COUNSEL'S MOTION TO WITHDRAW AND VACATING THE JULY 28, 2011 HEARING |

    Sanford M. Cipinko has moved to withdraw as attorney of record. On June 24, 2011, the Court issued an order providing counsel with instructions regarding submission under seal of his declaration explaining his reasons for withdrawal. Among other things, the order set a July 14, 2011 deadline for Plaintiff to oppose the motion to withdraw and required counsel to serve Plaintiff with a copy of the order, as well as the motion to seal his declaration and the declaration itself.

    The deadline to oppose has passed. Although Plaintiff has not opposed the motion and, therefore, the Court is inclined to grant it, counsel has not filed a certificate of service indicating that he served Plaintiff the June 24, 2011 order that announced the deadline. By July 22, 2011, counsel shall submit proof that he

served Plaintiff and the date of service.  The July 28, 2011 hearing regarding this motion is VACATED.

    IT IS SO ORDERED.

Dated: 7/15/2011

CLAUDIA WILKEN
United States District Judge