IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIANNI PASSAKOS,<br><br>      Plaintiff,<br><br>  v.<br><br>COUNTY OF ALAMEDA, and DOES 1-50,<br><br>      Defendants.<br>_____/ | No. C 10-04062 CW<br><br>ORDER GRANTING PLAINTIFF'S COUNSEL'S MOTION TO WITHDRAW<br>(Docket No. 21) |

    Sanford M. Cipinko has moved to withdraw as Plaintiff's attorney of record in this action.  On July 15, 2011, this Court indicated its inclination to grant the unopposed motion, except that counsel had not yet filed a certificate of service indicating that he served Plaintiff the Court's June 24, 2011 order, which informed Plaintiff of the deadline to oppose the motion.  On July 22, 2011, counsel submitted proof that his associate served Plaintiff the order by regular mail on June 27, 2011.  Accordingly, counsel's unopposed motion to withdraw as attorney of record is GRANTED.  Plaintiff will have to retain new counsel or represent himself in propria persona.

    The parties are due to appear for a case management conference on August 9, 2011 at 2 pm.  Pursuant to this Court's Local Rule 16-9(a) and the Standing Order for All Judges of the Northern District of California, the parties are to submit a Joint Case Management

1  Statement or, if necessary, separate statements, on or before
2  August 2, 2011.  In the event Plaintiff fails to file a statement
3  or does not appear at the conference in person or through counsel,
4  his Complaint may be dismissed for failure to prosecute.
5       IT IS SO ORDERED.

8  Dated: 7/27/2011                    _____
                                       CLAUDIA WILKEN
9                                      United States District Judge

2