IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIANNI PASSAKOS, | No. C 10-04062 CW |
|     Plaintiff, | ORDER OF DISMISSAL |
|    v. | |
| COUNTY OF ALAMEDA, | |
|     Defendant. | |

On July 27, 2011, this Court issued an order advising the Plaintiff that if he failed to file a case management conference statement or appear at the case management conference on August 9, 2011, his case may be dismissed. (Docket No. 28).  Due to Plaintiff's failure to appear at the case management conference, this action is dismissed without prejudice for failure to prosecute.

Dated: 8/11/2011

CLAUDIA WILKEN
United States District Judge